



BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
   United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF: White Toyota Minivan, CA License 5ZMV637; Silver Honda Sedan, CA License 6KXU493; and Black Acura TL, CA License 6VLR693 | 1:12 SW 00373-SKO<br><br>ORDER TO DELAY NOTIFICATION<br><br>**UNDER SEAL** |

Upon Application of the United States of America for an order to delay notification pursuant to Federal Rule of Criminal Procedure 41(f)(3),

IT IS HEREBY ORDERED that the above captioned application for delayed notification and order, sealing order and all related papers and documents are hereby SEALED until further order of this Court.

In addition, pursuant to Rule 41(f)(3), I hereby find that any notification of the execution of the warrant for the use of a mobile tracking device on the above referenced vehicles in this matter would have an adverse impact upon the ongoing investigation, that the Court previously found probable cause for the issuance of the warrant, and that notice

of the execution will be given within a reasonable time after the completion of the investigation.

Therefore, IT IS ORDERED pursuant to Rule 41(f)(3), that any notification of the execution of the warrant which is required to be made is hereby delayed until no later than May 16, 2013, or upon further order of the court.

It is so ordered, this 19th day of February, 2013.

_____
HONORABLE SHEILA K. OBERTO
United States Magistrate Judge