**SEALED**

**FILED**
FEB 20 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF: White Toyota Minivan, CA License 5ZMV637; Silver Honda Sedan, CA License 6KXU493; and Black Acura TL, CA License 6VLR693 | 1:12 SW 00373-SKO<br><br>ORDER SEALING GOVERNMENT'S MOTION FOR DELAYED NOTIFICATION; ORDER FOR DELAYED NOTIFICATION AND DOCUMENTS IN SUPPORT OF SEALING ORDER<br><br>**UNDER SEAL** |

The United States having applied to this Court for an order permitting it to file its Motion for Delayed Notification and Order for Delayed Notification, under seal, and good cause appearing thereof,

IT IS SO ORDERED, that the above-listed documents in the above-entitled proceedings, together with the Application of the United States Attorney and the accompanying Memorandum of Law and Declaration of Grant B. Rabenn, shall be filed with this Court under <u>seal</u> and shall not be disclosed pending further order of this court.

DATED: February 19, 2013

_/s/ Sheila K. Oberto_
HONORABLE SHEILA K. OBERTO
U.S. Magistrate Judge

1